1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

12

13

14

RAUL MORALES-IZQUIERDO, INS # A
79-166-816 and #A 72-712-105,

                    Petitioner,

v.

SEATTLE INS DISTRICT DIRECTOR; the
UNITED STATES IMMIGRATION AND
NATURALIZATION SERVICE; and JOHN
ASHCROFT, Attorney General,

                    Respondents.

No.  C03-89Z

MINUTE ORDER

15

16

17

18

     The following Minute Order is made by direction of the Court, the Honorable Thomas
S. Zilly, United States District Judge, having reviewed the government's motion to transfer
Petitioner's habeas corpus petition to the Ninth Circuit Court of Appeals, docket no. 33,
Petitioner's response in opposition, docket no. 34, and the government's reply, docket no.
35.

19

20

     (1)    The government's motion to transfer is DENIED.  The Court continues to hold
the petition in abeyance as previously ordered, docket no. 17, pending the resolution of
Petitioner's removal claims by the Ninth Circuit.

21

22

     (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of
record.

23

     Filed and entered this 9th day of January, 2006.

24

25

26

                          BRUCE RIFKIN, Clerk

                               s/ Casey Condon
              By _____
                       Casey Condon
                       Deputy Clerk

MINUTE ORDER   1–

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER   2–