District Judge Thomas S. Zilly
Magistrate Judge Mary Alice Theiler

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAUL **MORALES**-IZQUIERDO,<br>INS # A 79-166-816 and #A 72-712-105,<br><br>                      Petitioner,<br><br>             v.<br><br>SEATTLE INS DISTRICT DIRECTOR; the UNITED STATES IMMIGRATION AND NATURALIZATION SERVICE; and JOHN ASHCROFT, Attorney General,<br><br>                      Respondents. | No. CV-03-0089-TSZ-MAT<br><br>STIPULATION AND PROPOSED ORDER REVISING SCHEDULE FOR SUPPLEMENTAL BRIEFING |

STIPULATION

On April 4, 2008, the Court issued a Minute Order requesting supplemental briefing from the parties on whether the Court should hold the instant proceedings in abeyance pending a decision from the Ninth Circuit on the Petition for Rehearing and Petition for Rehearing En Banc in *Gonzales v. Department of Homeland Security*, 9th Cir. Case No. 07-35021. Pursuant to the Court's Minute Order, Petitioner's supplemental brief is due on April 11, 2008, and Respondents' response is due on April 18, 2008. Dkt. No. 66. Due to a previously scheduled engagement, the Department of Justice attorney assigned to this case will be

STIPULATION AND PROPOSED ORDER  – 1
(C03-89-TSZ-MAT)

1  out of the office during the week beginning April 14, 2008, and therefore requests a short
2  extension to this briefing schedule. Petitioner's counsel does not object. Accordingly,
3  the parties to the above-referenced action hereby STIPULATE, AGREE, and JOINTLY
4  REQUEST that the Court enter the following revised schedule for the supplemental
5  briefing:

- Petitioner shall file a supplemental brief by April 21, 2008; and
- Respondents shall respond by April 28, 2008.

Dated this 7th day of April, 2008.

| JEFFREY C. SULLIVAN | GIBBS HOUSTON PAUW |
| United States Attorney | Attorneys for Petitioner |

 /s/ Rebecca S. Cohen                                    /s/ Robert Pauw
REBECCA S. COHEN, WSBA No. 31767          ROBERT PAUW, WSBA #13613
Assistant United States Attorney                      Gibbs Houston Pauw
Local Counsel for Respondents                        1000 Second Avenue, Suite 1600
U.S. Attorney's Office                                      Seattle, WA 98104
Western District of Washington                        (206) 682-1080
700 Stewart Street, Suite 5220                        rpauw@ghp-law.net
(206) 553-7970
rebecca.cohen@usoj.gov

STIPULATION AND PROPOSED ORDER – 2
(C03-89-TSZ-MAT)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## ORDER

The parties having so stipulated and agreed, it is hereby **SO ORDERED**. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this <u>8th</u> day of April, 2008.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

Presented by:

JEFFREY C. SULLIVAN
United States Attorney


 /s/ Rebecca S. Cohen
REBECCA S. COHEN
Assistant United States Attorney
Local Counsel for Respondents
U.S. Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
(206) 553-7970
rebecca.cohen@usoj.gov


GIBBS HOUSTON PAUW
Attorneys for Petitioner


 /s/ Robert Pauw
ROBERT PAUW, WSBA #13613
Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA 98104
(206) 682-1080
rpauw@ghp-law.net

STIPULATION AND PROPOSED ORDER  – 3
(C03-89-TSZ-MAT)

United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970