UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RAUL MORALES-IZQUIERDO, | ) | CASE NO. C03-89Z |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| SEATTLE INS DISTRICT DIRECTOR, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

The Court, having reviewed Petitioner's Motion for Summary Judgment, Respondents' Cross-Motion for Summary Judgment, all papers and exhibits filed in support of and in opposition to the motions, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, the objections thereto, the response to the objections, and the reply in support of the objections, as well as the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation, docket no. 71;

(2) Petitioner's Motion for Summary Judgment, docket no. 49, is DENIED;

(3) Respondents' Cross-Motion for Summary Judgment, docket no. 48, is GRANTED;

ORDER OF DISMISSAL - 1

(4) The petition for writ of habeas corpus, docket no. 1, is DISMISSED; and

(5) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

IT IS SO ORDERED.

DATED this 23rd day of September, 2008.

                                                              /s/ Thomas S. Zilly
                                                              Thomas S. Zilly
                                                              United States District Judge

ORDER OF DISMISSAL - 2